Sulaiman TAALIBDIN, Petitioner

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY,**
Respondent

No. 178 EM 2016

Supreme Court of Pennsylvania.

December 16, 2016

### ORDER

PER CURIAM

**AND NOW,** this 16th day of December, 2016, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED**.

IN RE: R.B., a Minor

Petition of: G.B., Father

No. 407 WAL 2016

Supreme Court of Pennsylvania.

December 19, 2016

### ORDER

PER CURIAM

**AND NOW,** this 19th day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.

**PENNSYLVANIANS FOR UNION REFORM, Petitioner**

v.

**PENNSYLVANIA DEPARTMENT OF STATE,** Respondent

No. 524 MAL 2016

Supreme Court of Pennsylvania.

December 20, 2016

### ORDER

PER CURIAM

**AND NOW,** this 20th day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.